| U.S. Department of Justice | Request of United States Attorney for Production of |
|---|---|
| United States Attorney | Federal Prisoner In The Custody of The United States |
| Eastern District of North Carolina | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the Eastern District of North Carolina, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of North Carolina, or any other authorized officer, to produce one Johnny Allen Hass (Reg. No. 12314-058).

now confined at the FCI 1, Butner, NC

in the custody of the warden or the person there in charge, before the

- [ ] United States District Court
- [ ] United States Grand Jury
- [ ] For Prosecution
- [x] For Testimony

at Raleigh, North Carolina
  (city)           (state)

- [ ] forthwith
- [x] at 9:00 a.m. .m., on January 23, 2012, or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

- [x] United States of America v. Johnny Allen Hass

   Ct. No. 5:07-HC-2015-BR

- [ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF UNITED STATES ATTORNEY [1] /

/s/ G. NORMAN ACKER, III, AUSA, Civil Division
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. (FTS): (919) 856-4530

(Commercial): _____

Dated this 19th day  /s/ R. A. RENFER, JR., Chief, Civil Division
of December, 2011.    United States Attorney [2] /

---

[1] / This request is invalid without the raised seal of the United States Attorney.

[2] / The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete                FORM USA-475
                                          MAR. 89