UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-HC-2015-BR

UNITED STATES OF AMERICA

v.                                                          ORDER

JOHNNY ALLEN HASS


This matter is before the court on the government's 11 January 2012 motion to allow Dr.

Christopher North to testify via video conference in connection with the commitment hearing

beginning on 23 January 2012 in this case. For good cause shown, the motion is GRANTED.

Dr. North's testimony will be heard on 23 January 2012 absent exigent circumstances.

The government has requested that Dr. North's testimony be heard at a time certain on that date,

*i.e.*, 2:00 p.m. EST /11:00 a.m. PST. The court cannot guarantee that Dr. North's testimony will

be heard beginning precisely at 2:00 p.m., but the testimony will be heard as close to the

requested time as possible.

Furthermore, as previously stated in the court's 19 December 2011 order (DE # 68), the

court DIRECTS counsel for the government to promptly coordinate the testimony of Dr. North

with Glenna Falk, Eastern District of North Carolina. In so doing, the court is relying on the

government as the party requesting witness testimony via video conference to assure the

functionality of the video equipment and to work out any technical difficulties. The court also

DIRECTS counsel for the government to provide Ms. Falk with accurate contact information for

Dr. North and for relevant personnel at the location from which Dr. North will testify.

This 12 January 2012.

W. Earl Britt
Senior U.S. District Judge

2