IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
           Petitioner,
    v.                                     **Judgment in a Civil Case**
JOHNNY ALLEN HASS,
           Respondent.                   Case Number: 5:07-HC-2015-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that the respondent is not a sexually dangerous person under the Adam Walsh Act and that the respondent be release the custody and supervision of the appropriate United States Probation Officer.

<u>This Judgment Filed and Entered on February 15, 2012, with service on:</u>
G. Norman Acker, III, Michael D. Bredenberg, Michael E. Lockridge and R.A. Renfer, Jr., (via CM/ECF Notice of Electronic Filing)
Debra C. Graves and Cindy J. Bembry, (via CM/ECF Notice of Electronic Filing)
FCI-Butner P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

February 15, 2012                                 /s/ Dennis P. Iavarone
                                                                              Clerk